USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/13/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ALISON MICHELE CRUZ, *on behalf of herself and all others similarly situated*,

                Plaintiff,

-against-

MY SWEET MUFFIN, LLC,

                Defendant.

1:23-cv-05418 (MKV)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

The parties are DIRECTED to file an updated joint letter and proposed Case Management Plan and Scheduling Order [*see* ECF No. 14] by November 14, 2023 in advance of the Initial Pretrial Conference scheduled for November 17, 2023 at 12:00 PM.

**SO ORDERED.**

Date: November 13, 2023
      New York, NY

*[signature: Mary Kay Vyskocil]*

**MARY KAY VYSKOCIL**
**United States District Judge**